# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

---

HAWAIIAN AIRLINES, INC., CIVIL ACTION NO.:

Plaintiff,

vs. 14-20560-CIV

AAR AIRCRAFT SERVICES, INC., f/k/a AAR AIRCRAFT SERVICES - MIAMI, INC., AND MANKIEWICZ COATINGS, LLC, MOORE/MCALILEY

Defendants.

---

VIDEOTAPED DEPOSITION OF DANIEL CRANE SMITH

---

DATE TAKEN: February 25, 2015

TIME BEGAN: 9:09 a.m.

TIME ENDED: 6:17 p.m.

LOCATION: 1001 Bishop Street, Suite 2460
Honolulu, Hawaii 96813

BEFORE: HEDY COLEMAN, CSR NO. 116
Registered Merit Reporter

APPEARANCES:

CONDON & FORSYTH, LLP
BY: MR. ANTHONY U. BATTISTA, ESQUIRE
7 Times Square
New York, New York 10036
(212)490-9100
abattista@condonlaw.com
Representing Plaintiff

GAMBRELL & RUSSELL, LLP
BY: MR. JAMES H. CUMMINGS, ESQUIRE
MR. JAMES W. MIDDLETON, ESQUIRE
Bank of America Tower
50 North Laura Street
Suite 2600
Jacksonville, Florida 32202
(904)598-6100
jcummings@sgrlaw.com
jmiddleton@sgrlaw.com
Representing Defendant Mankiewicz Coatings, LLC

Also present:

SCOTT T. MIYASATO, Assistant General Counsel
Hawaiian Airlines Legal Department
3375 Koapaka Street, Suite G350
Honolulu, Hawaii 96819
(808)835-3926
Scott.Miyasato@HawaiianAir.com

CLVS: Keoni Sallas

Airlines, correct?

A That's correct.

Q And that this ESD then would be superseding the ESD51001 for approved exterior coatings, correct?

A Correct.

Q And that 51001 only specified at that time a PPG chromate product, correct?

A That's correct.

Q And that was OEM-approved product, correct?

A Yes.

Q Now, sir, did you review any Boeing documentation in conformity with Part 121 or Part 125 before taking this action in your review capacity?

A I did not.

Q Why not?

A We were presented with a -- again, with the Mankiewicz test reports. We relied on their assertion that this would adequately protect our airplanes. We learned later that this was -- that this was incorrect; that they had a -- this we learned later that their paint scheme had failed some Boeing tests, and we learned later that Boeing had told them admittedly after we had started painting, that they should not -- not be telling us to use this -- their paint scheme on the 717s.

So, we relied on their-their test data, on their assertion that is this -- that this paint scheme would be adequate to protect -- to protect our airlines -- our airplanes.

Q Mr. Smith, my specific question to you was whether you reviewed any Boeing documentation in conformity with Part 121 or Part 125 before taking this action in your review capacity for the ESD.

MR. BATTISTA: Counsel, objection; then you asked him why not. There's another question there, counsel.

MR. MIDDLETON: Okay.

A And I was-applying -- yes, I was going to -- thank you. I was going to mention, why not? We relied on specifications and test data. Those are sufficient grounds for us to make an engineering decision.

BY MR. MIDDLETON

Q Did anyone in the engineering department make a review to your knowledge that Boeing documentation relative to this 717 and the 767 aircraft, that this Mankiewicz basecoat Clearcoat system was being extended to, before issuing this ESD marked as Defendant's 18?

A As I recall, the -- at this point in doing -- in review, that Christina Tredway, very thorough

engineer, certainly was aware that this was not specifically approved by Boeing. As I recall our discussions in go ahead and approving this is that we were told by Mankiewicz M in her dealings with them, that the tests that they ran were equivalent to the Boeing specification. They did not tell us that their test data had -- that their -- that the tests that they asked Boeing to do on their paint system had failed the BMS tests of what we call at Boeing North. Had we known that, we would have made a different decision.

But, the company comes in, they're specialist compan, they provide a -- their test data they provide approval by Airbus, and their a spurnses there being, seeing our operation, visiting Hawai'i, that they provided us evidence that convinced us that we could rely I their assurances

Q So is your answer that she did not review the Boeing documentation or she did or you don't know?
A I don't know.
Q Thank you?
A I do not know definitely.
Q That's what I asked?
A Okay.
Q And I asked whether you had reviewed it and I