# EXHIBIT C

BOEING PROPRIETARY INFORMATION | EXPORT CONTROLLED & SUBJECT TO E.A.R. | CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

**Temp**

---

**From:** Kim, Mira A
**Sent:** Tuesday, June 24, 2008 6:15 PM
**To:** 'les.biggs@mankiewicz-coatings.com'
**Cc:** Jahren, Randall L; Ung, Dara; Kim, David
**Subject:** Test data of panels with chrome free primer from KLM and shipping address

Hi Les,
It was nice to meet you today.
Here is the data Randy mentioned to you today. Please review and forward it to Michael Lie of KLM as you see it appropriate.

Testing of KLM
Applied Mankie...

In addition, here is shipping address where you can send the kit of chrome free primer sample to:
The Boeing Company
7701 14th Ave. South
2-124 Bldg. North side
Seattle, Wash. 98108
Attn: Mira Kim

Please send me electronic copies of MSDSs and technical data sheet

Thank You

*Mira Kim*
Boeing Commercial Airplanes
Materials & Processes Technology
(206)544-8145
M/S 19-LX

EXHIBIT
PENGAD 800-631-6989
HAL 8



TBC00000957

SUBJECT TO CONFIDENTIAL PROTECTIVE ORDER

HAL019567

BOEING PROPRIETARY INFORMATION | EXPORT CONTROLLED & SUBJECT TO E.A.R. | CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

The following set of panels are processed and painted per KLM procedure and products. These panels are exposed to salt spray as well as filiform corrosion.

Filiform Corrosion:
Painted panels are scribed by a Boeing machine shop.

| panel # | paint system | total coating thickness, mils | rating after 2000 hours |
|---|---|---|---|
| 1 | AC131/113-44/411-77 | 4.55 | 9/32", 2 |
| 2 | | 4.11 | 12/32", |
| 3 | | 4.59 | 15/32", 2 |
| 4 | AC131/113-44/411-22/411-14 | 5.88 | 13/32", 4 |
| 5 | | 6.01 | 13/32"; 2 |
| 6 | | 5.86 | 15/32",2 |

Missed 30-day rating; Out of exposure 5/8/08

Photo after ~2000 hours exposure for filiform corrosion




TBC00000958

BOEING PROPRIETARY INFORMATION | EXPORT CONTROLLED & SUBJECT TO E.A.R. | CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

| panel # | paint system | total coating thickness, mils | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | corrosion length, inch | notes | corrosion length, inch | blister, % | dark in scribe, % | dullness in scribe, % |
| 13 | AC131/113-44/411-77 | 3.00 | 1/16 | sd, B | 1/32 | 50 | 25 | 75 |
| 14 | | 3.14 | 1/16 | sd, B | 2/32 | 50 | 25 | 0 |
| 15 | | 3.26 | 1/32 | | 1/32 | 80 | 0 | 100 |
| 16 | AC131/113-44/411-22/411-14 | 4.81 | 1/16 | sd,xd | 1/32 | 50 | 25 | 0 |
| 17 | | 4.76 | 1/32 | sd,xd | 1/32 | 85 | 25 | 0 |
| 18 | | 4.96 | 1/16 | xd | 2/32 | 80 | 25 | 0 |

Exposure in salt chamber 500; control used wr7-3410-1

Photos after 2952 hours of 5% neutral salt spray per ASTM B 117;



TBC00000959

BOEING PROPRIETARY INFORMATION I EXPORT CONTROLLED & SUBJECT TO E.A.R. I CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

## Testing of KLM Applied Chrome Free System - updated

The following set of panels are processed and painted per KLM procedure and products. These panels are exposed to salt spray as well as filiform corrosion.

Filiform Corrosion:
Painted panels are scribed by a Boeing machine shop.

| panel # | paint system | total coating thickness, mils | rating after 2000 hours |
|---|---|---|---|
| 1 | AC131/113-44/411-77 | 4.55 | 9/32", 2 |
| 2 | | 4.11 | 12/32" |
| 3 | | 4.59 | 15/32" 2 |
| 4 | AC131/113-44/411-22/411-14 | 5.88 | 13/32 4 |
| 5 | | 6.01 | 13/32"; 2 |
| 6 | | 5.86 | 15/32" 2 |
| 7 | M790E/Aviox CF primer | 4.39 | 13/32, 6 |
| 8 | 37619/AViox 77702 | 4.47 | 12/32" 6 |
| 9 | | 4.46 | 15/32",6 |
| 10 | deox624/AC131/XP-0098 | 4.82 | 10/32, 4 |
| 11 | primer/Aviox 77702 | 5.00 | 10/32", 2 |
| 12 | | 4.77 | 10/32" 2 |

Missed 30-day rating: Out of exposure 5/8/08

Photo after ~2000 hours exposure for filiform corrosion






SUBJECT TO CONFIDENTIAL PROTECTIVE ORDER

BOEING PROPRIETARY INFORMATION | EXPORT CONTROLLED & SUBJECT TO E.A.R. | CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER



BOEING PROPRIETARY INFORMATION | EXPORT CONTROLLED & SUBJECT TO E.A.R. | CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER



Additional Filiform test results after 30 days exposure
Painted panels are scribed by a Boeing machine shop.

| panel # | paint system | total coating thickness, mils | rating after 2000 hours |
|---|---|---|---|
| 1 | AC131/113-44/411-22/411-14 | 5.68 | 7/32", 2 |
| 2 | | 6.00 | 7/32", 2 |
| 3 | | 5.17 | 8/32", 2 |
| 4 | | 5.53 | 7/32", 2 |



BOEING PROPRIETARY INFORMATION | EXPORT CONTROLLED & SUBJECT TO E.A.R. | CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

Salt Spray Corrosion:

| panel # | paint system | total coating thickness, mils | rating after 2000 hours | | rating after 2952 hours | | | |
|---|---|---|---|---|---|---|---|---|
| | | | corrosion length, inch | notes | corrosion length, inch | blister, % | dark in scribe, % | dullness in scribe, % |
| 13 | AC131/113-44/411-77 | 3.00 | 1/16 | sd. B | 1/32 | 50 | 25 | 75 |
| 14 | | 3.14 | 1/16 | sd. B | 2/32 | 50 | 25 | 0 |
| 15 | | 3.26 | 1/32 | | 1/32 | 80 | 0 | 100 |
| 16 | AC131/113-44/411-22/411-14 | 4.81 | 1/16 | sd.xd | 1/32 | 50 | 25 | 0 |
| 17 | | 4.76 | 1/32 | sd.xd | 1/32 | 85 | 25 | 0 |
| 18 | | 4.96 | 1/16 | xd | 2/32 | 80 | 25 | 0 |
| 19 | M790E/Aviox CF primer | 2.38 | 27/32 | | 1&14/32 | 25 | | |
| 20 | 37619/AViox 77702 | 3.31 | 27/32 | xd. B | 1&7/32 | 25 | 100 | |
| 21 | | 2.95 | 28/32 | B | 1&18/32 | 25 | | |
| 22 | deox624/AC131/XP-0098 | 3.00 | 5/32 | B.xd | 5/32 | 12.5 | | |
| 23 | primer/Aviox 77702 | 2.7 | 1/8 | B.xd | 7/32 | 15 | | |
| 24 | | 3.09 | 7/32 | B.xd.sd | 7/32 | 20 | 75 | |

Exposure in salt chamber 500, control used wr7-3410-1. In salt spray chamber 2/14/08, out 12/5/08 (7024 hrs)

| panel # | paint system | total coating thickness, mils | rating after 7024 hours (12/5/08) | | | | comments |
|---|---|---|---|---|---|---|---|
| | | | corrosion length, inch | blister, % | dark in scribe, % | dullness in scribe, % | |
| 13 | AC131/113-44/411-77 | 3.00 | 4/32 | 75 | 25 | 75 | |
| 14 | | 3.14 | 2/32 | 50 | 25 | 75 | |
| 15 | | 3.26 | 1/32 | 80 | 0 | 100 | |
| 16 | AC131/113-44/411-22/411-14 | 4.81 | 2/32 | 62.5 | 25 | 75 | |
| 17 | | 4.76 | 2/32 | 75 | 25 | 75 | |
| 18 | | 4.96 | 3/32 | 80 | 50 | 50 | |
| 19 | M790E/Aviox CF primer | 2.38 | 1&22/32 | 25 | 50 | 50 | half of panel is covered with blisters |
| 20 | 37619/AViox 77702 | 3.31 | 1&18/32 | 25 | 100 | | |
| 21 | | 2.95 | >2 | 50 | 75 | 25 | half of panel is covered with blisters |
| 22 | deox624/AC131/XP-0098 | 3.00 | 6/32 | 25 | 50 | 50 | |
| 23 | primer/Aviox 77702 | 2.7 | 9/32 | 25 | 70 | 25 | |
| 24 | | 3.09 | 8/32 | 50 | 80 | 20 | 10 large blisters; others tiny |

Some scribe areas does not look corroded; need to cross-section to see if cladding is cut

Photos after 2952 hours of 5% neutral salt spray per ASTM B 117:

TBC00000963

BOEING PROPRIETARY INFORMATION | EXPORT CONTROLLED & SUBJECT TO E.A.R. | CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER



BOEING PROPRIETARY INFORMATION | EXPORT CONTROLLED & SUBJECT TO E.A.R. | CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER



BOEING PROPRIETARY INFORMATION | EXPORT CONTROLLED & SUBJECT TO E.A.R. | CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

## Testing of KLM Applied Chrome Free System - updated

The following set of panels are processed and painted per KLM procedure and products. These panels are exposed to salt spray as well as filiform corrosion.

Filiform Corrosion
Painted panels are scribed by a Boeing machine shop.

| panel # | paint system | total coating thickness mils | rating after 2000 hours |
|---|---|---|---|
| 1 | AC131/113-44/411-77 | 4.55 | 9/32", 2 |
| 2 | | 4.11 | 12/32" |
| 3 | | 4.59 | 15/32" 2 |
| 4 | AC131/113-44/411-22/411-14 | 5.88 | 13/32" 4 |
| 5 | | 6.01 | 13/32", 2 |
| 6 | | 5.86 | 15/32" 2 |
| 7 | M790E/Aviox CF primer 37619/AViox 77702 | 4.39 | 13/32, 6 |
| 8 | | 4.47 | 12/32", 6 |
| 9 | | 4.46 | 15/32" 6 |
| 10 | deox624/AC131/XP-0098 primer/Aviox 77702 | 4.82 | 10/32, 4 |
| 11 | | 5.00 | 10/32", 2 |
| 12 | | 4.77 | 10/32" 2 |

Missed 30-day rating; Out of exposure 5/8/08

Photo after ~2000 hours exposure for filiform corrosion





SUBJECT TO CONFIDENTIAL PROTECTIVE ORDER

BOEING PROPRIETARY INFORMATION | EXPORT CONTROLLED & SUBJECT TO E.A.R. | CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER






SUBJECT TO CONFIDENTIAL PROTECTIVE ORDER

BOEING PROPRIETARY INFORMATION | EXPORT CONTROLLED & SUBJECT TO E.AR. | CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER



Additional Filiform test results after 30 days exposure
Painted panels are scribed by a Boeing machine shop

| panel # | paint system | total coating thickness, mils | rating after 2000 hours |
|---|---|---|---|
| 1 | AC131/113-44/411-22/411-14 | 5.68 | 7/32", 2 |
| 2 | | 6.00 | 7/32", 2 |
| 3 | | 5.17 | 8/32", 2 |
| 4 | | 5.53 | 7/32", 2 |



BOEING PROPRIETARY INFORMATION | EXPORT CONTROLLED & SUBJECT TO E.A.R. | CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

Salt Spray Corrosion:

| panel # | paint system | total coating thickness, mils | rating after 2000 hours: corrosion length, inch | rating after 2000 hours: notes | rating after 2952 hours: corrosion length, inch | blister, % | dark in scribe, % | dullness in scribe, % |
|---|---|---|---|---|---|---|---|---|
| 13 | AC131/113-44/411-77 | 3.00 | 1/16 | sd B | 1/32 | 50 | 25 | 75 |
| 14 | | 3.14 | 1/16 | sd. B | 2/32 | 50 | 25 | 0 |
| 15 | | 3.26 | 1/32 | | 1/32 | 80 | 0 | 100 |
| 16 | AC131/113-44/411-22/411-14 | 4.81 | 1/16 | sd,xd | 1/32 | 50 | 25 | 0 |
| 17 | | 4.76 | 1/32 | sd,xd | 1/32 | 85 | 25 | 0 |
| 18 | | 4.96 | 1/16 | xd | 2/32 | 80 | 25 | 0 |
| 19 | M790E/Aviox CF primer | 2.38 | 27/32 | | 1&14/32 | 25 | | |
| 20 | 37619/AViox 77702 | 3.31 | 27/32 | xd. B | 1&7/32 | 25 | 100 | |
| 21 | | 2.95 | 28/32 | B | 1&18/32 | 25 | | |
| 22 | deox624/AC131/XP-4098 | 3.00 | 5/32 | B,xd | 5/32 | 12.5 | | |
| 23 | primer/Aviox 77702 | 2.7 | 1/8 | B xd | 7/32 | 15 | | |
| 24 | | 3.09 | 7/32 | B xd,sd | 7/32 | 20 | 75 | |

Exposure in salt chamber 500; control used wr7-3410-1. In salt spray chamber 2/14/08, out 12/5/08 (7024 hrs)

| panel # | paint system | total coating thickness, mils | rating after 7024 hours (12/5/08): corrosion length, inch | blister, % | dark in scribe, % | dullness in scribe, % | comments |
|---|---|---|---|---|---|---|---|
| 13 | AC131/113-44/411-77 | 3.00 | 4/32 | 75 | 25 | 75 | |
| 14 | | 3.14 | 2/32 | 50 | 25 | 75 | |
| 15 | | 3.26 | 1/32 | 80 | 0 | 100 | |
| 16 | AC131/113-44/411-22/411-14 | 4.81 | 2/32 | 62.5 | 25 | 75 | |
| 17 | | 4.76 | 2/32 | 75 | 25 | 75 | |
| 18 | | 4.96 | 3/32 | 80 | 50 | 50 | |
| 19 | M790E/Aviox CF primer | 2.38 | 1&22/32 | 25 | 50 | 50 | half of panel is covered with blisters |
| 20 | 37619/AViox 77702 | 3.31 | 1&18/32 | 25 | 100 | | |
| 21 | | 2.95 | >2 | 50 | 75 | 25 | half of panel is covered with blisters |
| 22 | deox624/AC131/XP-4098 | 3.00 | 6/32 | 25 | 50 | 50 | |
| 23 | primer/Aviox 77702 | 2.7 | 9/32 | 25 | 70 | 25 | |
| 24 | | 3.09 | 8/32 | 50 | 80 | 20 | ~10 large blisters, others tiny |

Some scribe areas does not look corroded, need to cross-section to see if cladding is cut

Photos after 2952 hours of 5% neutral salt spray per ASTM B 117

TRC00000969

BOEING PROPRIETARY INFORMATION | EXPORT CONTROLLED & SUBJECT TO E.A.R. | CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER



BOEING PROPRIETARY INFORMATION | EXPORT CONTROLLED & SUBJECT TO E.A.R. | CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER



EXHIBIT HAL 49

**Temp**

**From:** Block, Kenneth
**Sent:** Thursday, October 09, 2014 3:22 PM
**To:** Kim, Mira A
**Subject:** 200803881-S00
**Attachments:** 200803881_S00.pdf

Mira, here you go..

**Kenneth Block**

BR&T Paint Laboratory Lead (LA48 and LA37)

2-122.1 Bldg. Seattle, WA

M/C 19-LX

CellPhone 206-931-4128

E-mail - kenneth.block@Boeing.com

BOEING PROPRIETARY INFORMATION | EXPORT CONTROLLED & SUBJECT TO E.A.R. | CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER





SUBJECT TO CONFIDENTIAL PROTECTIVE ORDER

BOEING PROPRIETARY INFORMATION | EXPORT CONTROLLED & SUBJECT TO E.A.R. | CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

BOEING

Engineering, Operations & Technology
Boeing Research & Technology

# Memo Numbers, SR Numbers, WRS Search

Memo and Summary Report Number System    Work Request System (WRS) Search

Request Detail

Request Detail





SUBJECT TO CONFIDENTIAL PROTECTIVE ORDER

BOEING PROPRIETARY INFORMATION | EXPORT CONTROLLED & SUBJECT TO E.A.R. | CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

Results

Send Copies of Results to

| Name | Mail Stop | Items |
| --- | --- | --- |
| | | |

Assigned To | Responsible Organization | Close Out Date

Estimated Start | Estimated Hours | Estimated End

Completed | Completed by | Report Number

Inside Boeing | MyBoeing | Web Site Feedback | Content Owner

BOEING is a trademark of Boeing Management Company
Copyright © 2014-2014 Boeing. All rights reserved