# EXHIBIT D

EXHIBIT
HAL-35

**From:** Munoz, Sophia G
**Sent:** 10/9/2014 1:47:44 PM
**To:** Forrest-Woodward, Mary A
**Subject:** HWI/Mankiewicz Paul/Phong emails
**Attachments:** RE_ AMS3095 approval for 717_1.pdf;RE_ Mankiewicz Exterior Topcoat System.pdf;

These are the two emails with Phong that I found that are for the HWI/Mankiewciz issue. The Mankiewicz Exterior Topcoat System email has multiple files attached that show data on the system that Seattle was testing

BOEING PROPRIETARY INFORMATION | EXPORT CONTROLLED & SUBJECT TO E.A.R. | CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER





SUBJECT TO CONFIDENTIAL PROTECTIVE ORDER

**From:** Hart-Jr, Paul M
**Sent:** 12/7/2010 3:06:30 PM
**To:** Phong Lai
**Cc:** Forrest-Woodward, Mary A; Wilson, Dwight S
**Subject:** RE: AMS3095 approval for 717
**Attachments:** image001.jpg;image002.jpg;

BOEING PROPRIETARY INFORMATION | EXPORT CONTROLLED & SUBJECT TO E.A.R. | CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

Hi Phong,

Your system may meet the requirements of AMS 3095 but when the AMS was being formulated the committee decided not use the 2000 hr filiform corrosion test which is a requirement in the Boeing, Douglas DMS 2104 primer and the DMS 2112 topcoat specs. The DMS 2112 topcoat spec is what we use as a baseline for all our approved compliant topcoats. Also, AMS 3095 is not specified in our Boeing, Douglas maintenance manuals.. Since we no longer manufacture commercial aircraft at Boeing, Douglas we haven't been funded to test new topcoat systems. Boeing, Douglas would consider testing your system but as I mentioned earlier there is no funding. I hope this answers your questions and I might add that we have never approved a exterior topcoat system on a Boeing, Douglas aircraft without testing the materials prior to application.

Sincerely,

Paul

Paul Hart
Material & Process Engineering
Boeing, Long Beach
562 593 7302

**From:** Phong Lai [mailto:phong.lai@mankiewicz.us]
**Sent:** Monday, December 06, 2010 9:32 PM
**To:** Hart-Jr, Paul M
**Cc:** Forrest-Woodward, Mary A; Wilson, Dwight S
**Subject:** RE: AMS3095 approval for 717

Hello Paul,

The system meet the requirements of AMS3095 and QPL listed. Skydrol resistant should not be the issue since it is the requirement also on the MAS3095. The basecoat/clearcoat did have issue with the whirling arm testing at Boeing Seattle; however, it was a laboratory testing which remain to be discussed because we have aircrafts flying with the Mankiewicz basecoat/clearcoat system without any complaints from rivet rash while system which passed whirling arm today continue having rivet rash issue.

The question is that Boeing Seattle recognizes AMS3095 in the aircraft maintenance manual. Is it the same for B717 aircraft?

Thanks,
Regards,
Phong

**From:** Hart-Jr, Paul M [mailto:paul.m.hart-jr@boeing.com]
**Sent:** Monday, December 06, 2010 12:52 PM
**To:** Phong Lai
**Cc:** Forrest-Woodward, Mary A; Wilson, Dwight S
**Subject:** RE: AMS3095 approval for 717





SUBJECT TO CONFIDENTIAL PROTECTIVE ORDER

BOEING PROPRIETARY INFORMATION | EXPORT CONTROLLED & SUBJECT TO E.A.R. | CONFIDENTIAL & SUBJECT TO PROTECTIVE ORDER

Hi Phong,

Sorry for the delay in returning your request but being that we (Boeing, Douglas) have not tested any basecoat/clearcoat systems and Boeing, Seattle is not going to test the Mankiewicz any further due to erosion and Skydrol failures, I suggest that a request be made from the airline customer through Boeing, service engineering. It would also help to answer a request formally from service engineering, if your company has the test results per the requirements of AMS3095 or an AMS QPL listing. I have seen the list of Boeing aircraft painted with the Mankiewicz system but Boeing has not really spent any time evaluating those aircraft. As it stands the Boeing, Douglas 717 aircraft is only to be painted with the current approved Boeing, Douglas exterior coating systems due to corrosion issues.

Thanks,

Paul

Paul Hart
Material & Process Engineering
Boeing, Long Beach
562 593 7302

**From:** Phong Lai [mailto:phong.lai@mankiewicz.us]
**Sent:** Monday, September 27, 2010 9:44 PM
**To:** Hart-Jr, Paul M
**Subject:** RE: AMS3095 approval for 717

Thank you Paul. Please feel free to contact me if you have any questions
Regards,
Phong

**From:** Hart-Jr, Paul M [mailto:paul.m.hart-jr@boeing.com]
**Sent:** Friday, September 24, 2010 4:30 PM
**To:** Phong Lai
**Subject:** RE: AMS3095 approval for 717

Phong,

Hopefully, I will look at your material qual data next week

Paul

**From:** Phong Lai [mailto:phong.lai@mankiewicz.us]
**Sent:** Thursday, August 26, 2010 10:10 PM
**To:** Hart-Jr, Paul M
**Subject:** RE: AMS3095 approval for 717

Thank you Paul. Please feel free to call me if you have any questions.
Regards,
Phong

Cell: 314-753-8829