# EXHIBIT E

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| HAWAIIAN AIRLINES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) 4-20560-CIV-MOORE/MCALILEY |
| AAR AIRCRAFT SERVICES, INC., | ) |
| f/k/a AAR AIRCRAFT SERVICES | ) |
| - MIAMI, INC., and | ) |
| MANKIEWICZ COATINGS LLC, | ) |
| | ) |
| Defendants. | ) |
| ______________________________ | ) |

VIDEOTAPED DEPOSITION OF THE BOEING COMPANY,

BOEING COMMERCIAL AVIATION SERVICES, THROUGH ITS

REPRESENTATIVE, MICHAEL T. SUNDQUIST

TUESDAY, JANUARY 13, 2015

SEAL BEACH, CALIFORNIA

REPORTED BY:

LINDSAY PINKHAM, CSR 3716

The videotaped deposition of THE BOEING COMPANY, BOEING COMMERCIAL AVIATION SERVICES, THROUGH ITS REPRESENTATIVE, MICHAEL T. SUNDQUIST, taken on behalf of Plaintiff, commencing at 8:45 a.m., Tuesday, January 13, 2015, at 2201 Seal Beach Boulevard, Seal Beach, California 90740, before LINDSAY PINKHAM, CSR 3716, CCRR.

APPEARANCES OF COUNSEL:

For Plaintiff:

CONDON & FORSYTH LLP
BY: ANTHONY U. BATTISTA, ESQ.
NICOLE M. SMITH, ESQ.
7 Times Square
New York, New York 10036
(212) 490-9100
abattista@condonlaw.com
nsmith@condonlaw.com

For Defendant MANKIEWICZ COATINGS LLC:

SMITH, GAMBRELL & RUSSELL, LLP
BY: JAMES H. CUMMINGS, ESQ.
50 North Laura Street
Suite 2600
Jacksonville, Florida 32202
(904) 598-6100
jcummings@sgrlaw.com

For the Witness:

THE BOEING COMPANY
BY: ADAM S. DECKINGER, SENIOR COUNSEL
P.O. Box 3707 MC 21-03
Seattle, Washington 98124-2207
(206) 662-1815
adam.s.deckinger@boeing.com

APPEARANCES, CONTINUED:

Also Present:

SCOTT T. MIYASATO, ASSOCIATE GENERAL COUNSEL
HAWAIIAN AIRLINES

PIERRE DUPUY, VIDEOGRAPHER

with Hawaiian's 717 aircraft?
A Yes.
Q For the benefit of the jury, do you know how many 717 aircraft Hawaiian operates?
A Right now I believe they have 18.
Q And do you have an understanding as to how many of these 717 aircraft were repainted in the 2010-2011 time frame?
A As far as I know, all but three.
Q Are you aware of any problems that Hawaiian Airlines experienced with the repainting of these aircraft in the 2010-2011-2012 time frame?
A Yes.
Q Can you give you a brief description of what your knowledge is regarding the problems Hawaiian faced?
A Approximately six months after the first airplane went through, we started -- well, it would actually be about a year, I believe, after the first airplane was complete, we started to hear indirectly that there were some issues with corrosion.
Q Go ahead.
A The first official notification to us came in August of 2012, where they submitted a request for a disposition on numerous corrosion blend-outs on one of their airplanes.

Q Now, you mentioned a request for disposition on a number of corrosion blend-outs on one of their airplanes. What does that mean to a layman?

A So any damage to an airplane that is outside the limits of the SRM, or structural repair manual, has to be submitted to the manufacturer for disposition. That's an FAA rule. So anything outside the limits. So this corrosion that they had happened to be within -- happened to be within PSE areas of the airplane.

Q "PSE"?

A Principal structural element. And the principal structural element is any part of the structure whose failure could have catastrophic consequences to the airplane.

So even though in many cases corrosion is minor and can be dispositioned by the operator themselves, in this case, even minor corrosion, if it's on a PSE area, has to be dispositioned by the manufacturer.

Q So you received a request from Hawaiian Airlines for a disposition on a corrosion issue that could have possibly had catastrophic consequences for the aircraft. Is that accurate?

MR. CUMMINGS: Object to the form.

THE WITNESS: Ultimately, yes. Any PSE, that's the definition of a PSE, any damage or failure of it

could result in catastrophic failure of the airplane.

Q BY MR. BATTISTA: And you mention this had come in in about 2012. Can you describe the actions that Boeing took to respond to this request from Hawaiian Airlines?

A We responded in the normal fashion. It was the first one, so at that time, and I believe the first one was not of the magnitude that we started to see later on. So it was worked just as a normal repair.

Q And did you start to see a pattern of problems of this type with Hawaiian aircraft?

A Yes.

Q Can you describe what happened next in this process?

A Well, after we had that one, sometime later we got another one in with even more locations on it. And then they were starting to come in almost once a week on either overnight or light A-checks, which would be like a three-day check. And so they were always rush jobs, and at the worst, I believe, they were getting up to 500 separate corrosion sites on an airplane, or even on one side of an airplane. So it started to have a huge impact on us. So it got raised up to a higher level, to say, hey, something's going on.

Q Okay. So let's take a step back. From