**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:14-cv-20560-KMM

HAWAIIAN AIRLINES, INC.,

Plaintiff,

v.

AAR AIRCRAFT SERVICES, INC., f/k/a AAR AIRCRAFT SERVICES – MIAMI, INC., and MANKIEWICZ COATINGS, LLC,

Defendants.

_______________________________________/

**FINAL JUDGMENT FOR DEFENDANT MANKIEWICZ**

The Court disposed of this action by means of its Order Granting Defendant Mankiewicz Coatings, LLC's Motion for Summary Judgment and Denying Plaintiff Hawaiian Airlines, Inc.'s Motion for Partial Summary Judgment [D.E. 226]. Accordingly, it is ordered and adjudged that Plaintiff Hawaiian Airlines, Inc. shall recover nothing by this action, and final judgment is entered in favor of Defendant Mankiewicz Coatings, LLC, which may pursue costs from Plaintiff Hawaiian Airlines, Inc. The Court reserves jurisdiction to tax costs and attorney's fees upon timely application.

Done and ordered in Chambers at Miami, Florida, this 16th day of March, 2016.

Kevin Michael Moore
2016.03.16 11:08:40 -04'00'

K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

c: Counsel of record